UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x
UNITED STATES OF AMERICA,                          :
                                                   :
                                                   :   **Affirmation of Thane Rehn in Support of**
           - v. -                                  :   **Government's Opposition to Defendant's**
                                                   :   **Pretrial Motions**
TYRONE WOOLASTON,                                  :
                                                   :   **18 Cr. 212 (RWS)**
                    Defendant.                     :
                                                   :
-------------------------------------------------- x

Thane Rehn, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York. I respectfully submit this affirmation in support of the Government's opposition to defendant Tyrone Woolaston's pretrial motions.

2. Attached hereto as Exhibit A is a true and correct copy of selected toll records from October 27, 2107, for the cellphone with call number (973) 336-9305, which was subscribed to Xavier Williams.

3. Attached hereto as Exhibit B is a true and correct copy of a screen capture of a portion of the Facetime call log from a cellphone seized from Xavier Williams.

Dated:  New York, New York
        December 24, 2018

_____
Thane Rehn
Assistant United States Attorney
Tel: 212-637-2354