# Exhibit A

| Target Name | Target | Date | Time | Duration | Number Dialed | Dialed Name | Dialed City | Dialed State | Dialed Country |
|---|---|---|---|---|---|---|---|---|---|
| XAVIER WILLIAMS | (973) 336-9305 | 10/27/2017 | 15:29:49 | 0:03:45 | (862) 216-1873~465635 | TYRONE WOOLASTON | ORANGE | NJ | UNITED STATES |
| XAVIER WILLIAMS | (973) 336-9305 | 10/27/2017 | 15:35:20 | 0:00:24 | IN- (862) 216-1873 | TYRONE WOOLASTON | ORANGE | NJ | UNITED STATES |
| XAVIER WILLIAMS | (973) 336-9305 | 10/27/2017 | 16:14:58 | 0:00:37 | (862) 216-1873~6 | TYRONE WOOLASTON | ORANGE | NJ | UNITED STATES |
| XAVIER WILLIAMS | (973) 336-9305 | 10/27/2017 | 16:21:02 | 0:00:23 | (862) 216-1873 | TYRONE WOOLASTON | ORANGE | NJ | UNITED STATES |