# Exhibit B



USAO_553