IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>TYRONE WOOLASTON<br><br>      Defendant. | 18 Cr. 212 (RWS) |

**DECLARATION OF BRIAN CALANDRA IN SUPPORT OF DEFENDANT TYRONE WOOLASTON'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR JUDGMENT OF ACQUITTAL OR FOR A NEW TRIAL**

BRIAN CALANDRA hereby declares as follows:

1. I am an associate at the law firm Shearman & Sterling LLP. I am counsel to Tyrone Woolaston in the above-captioned matter and am a member of the bar of this Court. I respectfully submit this declaration in support of Mr. Woolaston's Reply in Further Support of His Motion For Judgment of Acquittal or for a New Trial.

2. I am fully familiar with the materials attached hereto and I base this declaration on my personal knowledge, upon inspection of said materials, and conversations with others.

3. Attached as **Exhibit 1** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1054-T.

4. Attached as **Exhibit 2** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1055-T.

5. Attached as **Exhibit 3** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1056-T.

6. Attached as **Exhibit 4** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1057-T.

7. Attached as **Exhibit 5** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1058-T.

8. Attached as **Exhibit 6** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1059-T.

9. Attached as **Exhibit 7** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1064-T.

10. Attached as **Exhibit 8** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1068-T.

11. Attached as **Exhibit 9** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1070-T.

12. Attached as **Exhibit 10** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1075-T.

13. Attached as **Exhibit 11** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1076-T.

14. Attached as **Exhibit 12** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1077-T.

15. Attached as **Exhibit 13** to this declaration is a true and correct copy of a transcript of a video recording of an interview of Xavier Williams on February 11, 2018, marked as DX 1085.

16. All of these exhibits were previously marked for identification and provided to the Government during trial. With the exception of DX 1056T, none of these exhibits were admitted into evidence at trial.

Dated:  May 22, 2019
New York, NY

                                                                                                                    <ins>/s/ Brian Calandra</ins>
                                                                                                                         Brian Calandra