# Exhibit 1

# United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date:           February 11, 2018

TIME:           Disc 1, 27:59-29:00

Participants:   Michael Calamia
                Christopher Kaley
                Xavier Williams



| EXCERPT ||
|---|---|
| CALAMIA | Start off with something you can say. |
| WILLIAMS | I'll give y'all everything. But let me talk to a lawyer first. If, If —I don't know that stuff. I mean, I don't know that stuff. You know? But if can talk to, if I can talk to somebody and just, you know, I answer [*inaudible*] I give y'all everything. Everybody. |
| CALAMIA | Hey, listen. That's your right, you know, in this country to do that, you know, so— |
| KALEY | Last thing I want to say is, if it goes slow, months from now. |
| WILLIAMS | I don't know this stuff. And I'm, as far as I'm thinking is, this is all bullshit. That's what I'm thinking. I'm being honest with you. I'm being 100% honest with you. I'm just thinking that y'all just bullshitting me. Y'all just take my information and still slap me back in there and I go and do my bid. |