# Exhibit 2

## United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date:                February 11, 2018

TIME:            Disc 1, 29:02- 30:46

Participants:      Xavier Williams
                          Michael Calamia
                          Christopher Kaley


DEFENDANT'S EXHIBIT DX1055-T

| Excerpt | |
|---|---|
| CALAMIA | Are you sure about this man? Are you positive? Cause once you walk out the door bro, it's over. |
| WILLIAMS | Yeah but there is no guarantee on my side. There's guarantee for you. But there's no guarantee for me. |
| KALEY | Look I guarantee. I'm sorry to say this, you are getting charged with this crime. It's not what you say now, we're not tricking you. I'm telling you that right now. |
| CALAMIA | No we're feds. We're not local cops, we're dressed like this because we had an ordeal today to go through on one of the arrests that we did. We then changed. We are federal agents, he has a Motley Crue t-shirt on but at the end of the day he's a federal agent okay? I'm a federal agent, we're feds but it's not local shit. This is not… That's five keys. We got you with five fucking keys. |
| WILLIAMS | *Unintelligible…* little cameras and… |
| CALAMIA | Dude this is how we operate. Everything everything, this is what we do. This is what we do. |
| WILLIAMS | I'm gonna be shot in my head. |
| CALAMIA | Look you said you wanted a lawyer man. And like I said that's your right. And because of that we'll back off, we won't ask any more questions, we'll process you and you will go to prison okay? I mean, you know, it is what it is man. |
| WILLIAMS | Yeah but I'm still getting processed, regardless of if I help you or not right? |
| CALAMIA | We have to process you, yeah. |
| WILLIAMS | And I'm going to prison. |
| CALAMIA | Right, but you know. You will see the judge ASAP. |
| KALEY | You will see the judge Monday. And we'll go… the prosecutor asks us what's the deal with this guy. And we can either say he didn't say anything let him stay in jail or he's good to go let's try to get him out right away. |
| WILLIAMS | So if I give you credible information what re you giving me? what are you going to say? |
| CALAMIA | But everything though, I need everything. |
| WILLIAMS | Okay, but what are you going to say? |