# Exhibit 3

# United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date:              February 11, 2018

TIME:              Disc 1, 32:15-33:46

Participants:      Xavier Williams
                   Michael Calamia
                   Christopher Kaley


DEFENDANT'S EXHIBIT
DX 1056-T

| Excerpt ||
|---|---|
| WILLIAMS | Okay. |
| KALEY | We take that seriously you know. We wouldn't ask you this stuff if weren't… you know. We have the resources to protect you. You face these charges regardless, but with cooperation you can go under, way under, the 10 year mandatory, you can't break that 10 year mandatory minimum without talking. |
| CALAMIA | I mean I've seen people do no jail time. |
| KALEY | I never say 100% on anything. |
| CALAMIA | Can't say 100% but at the end of day you know if you do the right thing and you continue to work with us. Either way, you know what's going to happen to you? You're gonna get deported. You'll get deported after you get arrested. We're gonna get your status. We'll get you status here. We'll get you deferred action. You can get a work permit. You can work. You can… You know… You don't have to live behind the shadows anymore, you know what I mean? |
| KALEY | You got your permanent resident card but you're in proceedings. |
| CALAMIA | You're in proceedings. So I mean that just goes away right off the bat, okay? I know that's behind your head all the time thinking about that, what if immigration gets me? I'm in proceedings. You know what I mean? That's why you probably took these risks man. And I get it, you got kids, you need to make money, you have a business. I mean look, I think you are a very small piece of this. I think you are a very small piece of this, and that's the problem. Other people around you that I think are sucking you in to this shit. |