# Exhibit 4

# United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date: February 11, 2018

TIME: Disc 1, 34:26 – 37:11

Participants: Xavier Williams
Michael Calamia
Christopher Kaley



| EXCERPT ||
|---|---|
| WILLIAMS | All right where you want to start |
| CALAMIA | So the thing is you invoked your right to counsel but now you want to talk to us so again youre agreeing to talk to us even though we read you your rights. Your rights are your rights. |
| WILLIAMS | I don't know this stuff and I'm very confused right now. I would like to see my children before they grow old you know. But I don't know this stuff so I don't know if you guys are lying. |
| KALEY | What would I have to do to make you feel better? Because I mean yeah we could be lying. We're not, but— |
| CALAMIA | Because if we leave we leave and it's over. We walk away and you go before the judge and you do your time, your 10 or 15 years depending on what we find and that's it we walk away. Or, we start we speak we go forward. But again we are not trying to trick you ok there is no tricking here. You said to start but I want to make sure you understand your rights. Its important. And we will walk away. But you have to understand. But then we walk away and we are done. Don't call us. Because we don't want to hear from you. I'm sorry. It sounds brutal but it's true so now is the most critical time. There are calls that can be made, things that can be done but we want you to understand. It is critical Day 1. Tomorrow is too late. |
| WILLIAMS | I don't mind. But I don't know I don't know this stuff I don't the steps, I do know the information that you want. For instance you know the fact that them guys didn't make a call I don't know where my sons are I've been here. |
| CALAMIA | Do you want to call your sons? Do you want to call somebody? I'm not lying bro. |
| WILLIAMS | I don't know phone numbers. |
| WILLIAMS | I don't know phone numbers off hand. |