# Exhibit 5

# United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date: February 11, 2018

TIME: Disc 1, 57:19 – 57:50

Participants: Xavier Williams
Michael Calamia
Christopher Kaley


DEFENDANT'S EXHIBIT
DX 1058-T

| EXCERPT | |
|---|---|
| WILLIAMS | Alright scenario what if we work something out and I start helping you guys out. |
| CALAMIA | You'll get status. We'll give you immigration status. |
| WILLIAMS | Let's say I help you. |
| CALAMIA | You could travel. |
| WILLIAMS | Let's say I'm helping you catch all these guys. You know if they know that I'm here and they see people knocking off one by one they are going to be like oh it has got to be him. |
| KALEY | It doesn't work that way. |