# Exhibit 6

# United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date:            February 11, 2018

TIME:            Disc 1, 7:03-7:25

Participants:    Michael Calamia
                 Christopher Kaley
                 Xavier Williams



| EXCERPT ||
|---|---|
| CALAMIA | But what we want to do is, we want to give you the opportunity to hear because you're also an illegal alien, you're facing deportation, there's a lot on your plate right now bro. Okay? |
| KALEY | Now the only way we can get you out from [*inaudible*] is by talking to us. |
| CALAMIA | Listen. If you don't do it, someone else will. You know? |