# Exhibit 7

# United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date:             February 11, 2018

TIME:             Disc 2, 35:36 – 36:24

Participants:     Xavieer Williams
                  Michael Calamia
                  Christopher Kaley


DEFENDANT'S EXHIBIT DX1064-T

| EXCERPT ||
|---|---|
| KALEY | Do you remember any loads that got caught? |
| WILLIAMS | Yea. One was recently. From Jamaica. |
| CALAMIA | In Newark? |
| WILLIAMS | Yeah. A week ago? A few days ago? Or something like that. Yeah. No, that was like a month. And then I know yesterday, yesterday TSA was on a plane. Next to the Cayman Island plane. So I don't know what was in that one. |
| CALAMIA | TSA or Customs? The blue uniforms? |
| WILLIAMS | Customs, customs. That just show you I don't really know that type of stuff. |
| CALAMIA | Do you know the guy's name at Customs by any chance? Do you know what he looks like? |
| CALAMIA | You never seen him before? |