# Exhibit 8

# United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date:           February 11, 2018

TIME:           Disc 1, 22:40-23:47

Participants:   Michael Calamia
                Christopher Kaley
                Xavier Williams



| EXCERPT | |
|---|---|
| CALAMIA | Number one—is there going to be a gun in your car? |
| WILLIAMS | I don't know. |
| CALAMIA | You don't know? |
| WILLIAMS | My car? |
| CALAMIA | Did you come to that, that meeting today with a firearm? 'Cause look, we got the car in the back, we haven't gone through it yet. I mean we're going to go through it. I mean, let's start off with something easy. Because we have the car. We showed up there. Is there going to be a firearm in the car? |
| WILLIAMS | I don't believe so. |
| CALAMIA | You don't believe so? |
| WILLIAMS | Mm-mm. |
| CALAMIA | Do you own a firearm? |
| WILLIAMS | Yes, I do. |
| CALAMIA | You do. Where is the firearm located? This is an easy question. This is how we start. |
| KALEY | You don't have to worry about anyone else when they ask you for that. |
| WILLIAMS | So far, I see that I'm getting nothing out of this. To be honest with you, I'm getting nothing out of this. I'm going to spend what, ten, fifteen, right? |
| CALAMIA | Depending. |
| WILLIAMS | No, no, no. |
| CALAMIA | Ten, ten, ten mandatory. |