# Exhibit 9

# United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date:            February 11, 2018

TIME:            Disc 1, 17:27-18:36

Participants:    Michael Calamia
                 Christopher Kaley
                 Xavier Williams



| EXCERPT ||
|---|---|
| CALAMIA | You have to give us everything. That's 100% you can't hold back. If you hold back then we can't work together. I'm being truthful with you. You be truthful with us. Okay? |
| WILLIAMS | What're you giving me? |
| CALAMIA | What's that? |
| WILLIAMS | What're you giving me? |
| CALAMIA | What am I giving you? |
| KALEY | We can make sure you don't go to jail for—listen, when the prosecutor hears that much amount of drugs, gun involved, you know, all the international smuggling, they're going to—the fact that you're in removal proceedings, they're gonna detain you for the entire time of this process. That could be six months, that could be a year and a half. We can get you out as soon as, as possible. |
| CALAMIA | We can get you out of jail, we can get you in the street. |
| KALEY | Back home to your family. |
| CALAMIA | Yeah, and it depends on what you can give us. There's other people at JFK, there's people in Newark, there are other crews that are working that we need to know about. You're no use to us if you're in a jail cell, to be honest with you man. |