# Exhibit 10

# United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date:            February 11, 2018

TIME:            Disc 1, 26:08-27:02

Participants:    Michael Calamia
                 Christopher Kaley
                 Xavier Williams



| EXCERPT | |
|---|---|
| CALAMIA | I can't give you an agreement now because the way it works is, the attorney says, what do you have, what did you get me, and then I say, my response is either 'nothing.' 'Okay.' Or, or 'listen, the guy was very helpful, he gave us everything. He's gonna immediately work for us, he's gonna give everything up. He's gonna come clean.' 'Okay, great.' We'll get him in for a 5K agreement, and you start cooperating, you testify, maybe you move, we help you out, you know. If it gets to that point. |
| KALEY | Honestly, we do strong cases. So I'm never gonna say a 100% but we'll do everything in our power for you to never see a courtroom. |
| CALAMIA | And that's what we do. I'm not bullshitting you. That's is what we do. |