# Exhibit 11

# United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date:           February 11, 2018

TIME:           Disc 1, 27:19-27:33

Participants:   Michael Calamia
                Christopher Kaley
                Xavier Williams

 DEFENDANT'S EXHIBIT DX 1076-T

| EXCERPT ||
|---|---|
| CALAMIA | Who are you afraid of? Is it the guy we arrested you with or is it, is it Woolaston? Who, who is it? |
| WILLIAMS | The people he works for. |
| CALAMIA | The people he—who works for? . |
| WILLIAMS | The guy that you arrested me with today. |
| CALAMIA | Okay. |