# Exhibit 12

# United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date:           February 11, 2018

TIME:           Disc 1, 43:07 – 44:30

Participants:   XAVIER WILLIAMS
                MIKE CALAMIA
                CHRISTOPHER KALEY


DEFENDANT'S EXHIBIT
DX 1077-T

| EXCERPT | |
|---|---|
| WILLIAMS | There's a lot of names that I don't know. I know people by face but not by name. |
| CALAMIA | Ok. |
| WILLIAMS | Yeah, so that may be a little difficult. You know with the— |
| CALAMIA | Ok, do the best you can. Do the best you can. You don't know, you don't know. Like I said, take a deep breath and I'd like to chronologically always works best for me. So, um, how did you begin? Is this an organization? Like, can we characterize it as a network, an organization? Like, what are you part of? |
| WILLIAMS | It, it runs like once a week. |
| CALAMIA | Ok. |
| WILLIAMS | I was not involved from the beginning but I know everybody from the beginning. Ya know? |
| CALAMIA | How long? |
| WILLIAMS | [unintelligible] Until I get involved in this shit part. |
| CALAMIA | Right. But when did this start? |
| WILLIAMS | Years ago. |
| CALAMIA | Years ago? |
| WILLIAMS | As far as I know, about 7 or 8 years ago. |
| CALAMIA | 7 or 8 years ago? Ok. |
| WILLIAMS | Could be further, but that's as far as I know. |
| CALAMIA | How did you get introduced into this, into this network? |
| WILLIAMS | I'll go to court at the same time as everybody. |
| CALAMIA | No. We're going to arrange it so that you don't. |
| WILLIAMS | Tyrone brought me in. |
| CALAMIA | Woolaston. Why did he choose you? |
| WILLIAMS | Because I know people in Trinidad that have the product. |