# Exhibit 13

# United States v. Tyrone Woolaston, 18 Cr. 212 (RWS)

Date:          February 11, 2018

TIME:          Disc 2, 12:16 – 15:25

Participants:      XAVIER WILLIAMS
                    MIKE CALAMIA
                    CHRISTOPHER KALEY


DEFENDANT'S
EXHIBIT
DX 1085
PENGAD-Bayonne, N.J.

| | | |
|---|---|---|
| | | **EXCERPT** |
| [12:16] | KALEY | Wouldn't you be worried though, everyone you know is like what— or you don't, you don't care. |
| | WILLIAMS | Yeah. It's risky, I know. |
| | KALEY | No I mean it's smart because you're not sending anything, but— |
| | WILLIAMS | Well I don't use WhatsApp that much to talk to people, so people looking at my WhatsApp it's like ehh. [Unintelligible], don't think nothing different. Alright so their job is to bring it up to me. They switch bags and pull up with the bag that they came in with. |
| | KALEY | A duffel bag? |
| | WILLIAMS | Yeah. |
| | CALAMIA | So just walk us through how it happened here. How did you get notified of the picture? |
| | WILLIAMS | They sent it to me, from down there, wherever. |
| | CALAMIA | For this instance, how did you get the picture, who sent it to you? |
| | WILLIAMS | Jerry sent it to me. |
| | CALAMIA | Jerry sent it to you? And then you put it as your Whatsapp profile, so Woolaston knew exactly the bag. So the flight comes into to Newark, right? Who's working that? What's the crew that worked that flight? Like, talk to us. Who's the team? How many people are we talking about here? |
| | WILLIAMS | It's a big team. But the smaller the load, the less people you get involved. Like if it's a couple bags, it's like 20 people down there that working. Like I said from straight up to the top, straight down. |
| | KALEY | What do you mean at the top? |
| | WILLIAMS | What's it called like the police? |
| | CALAMIA | TSA? Customs? |
| | WILLIAMS | Customs, yeah. |
| | CALAMIA | There's a person at customs involved? |
| | WILLIAMS | There's a customs officer, there's a supervisor, and down the ramp there's a shift leader. Those are just the big guys. And then everybody else is just working for them. You know, just doing what they're told. |
| | KALEY | Just regular ramp workers. |
| | CALAMIA | So you have a customs actual, one of the blue uniform guys? |
| | KALEY | Not TSA? |

| | | WILLIAMS | No. Because he would tell them, to tell me, if it's gonna get run up on. |
|---|---|---|---|
| | | CALAMIA | So the customs officer would tell— |
| | | WILLIAMS | —them, to tell me, don't send it, because they're watching that flight. |
| | | CALAMIA | Has that ever happened before? |
| | | WILLIAMS | Yes. A few times. |
| | | CALAMIA | Really? |
| | | KALEY | He'd tell you though? |
| | | WILLIAMS | No. He doesn't talk to me personally. |
| | | KALEY | Tyrone or someone else? |
| | | WILLIAMS | Right. And they would call me and say 'he said nah because' whatever whatever, whatever reason. |
| | | CALAMIA | So they'll call you and say officers are going to hit that flight. |
| | [15:25] | CALAMIA | That's really good, that's really good news that we are hearing. I appreciate your honesty. |