UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-v-

Tyrone Woolaston,

                Defendant.

18-cr-212 (AJN)

ORDER

JAN 2 2 2020

ALISON J. NATHAN, District Judge:

The sentencing for Tyrone Woolaston is set for April 8, 2020 at 2:00 p.m.

Sentencing submissions from the Defendant are due on or before April 1, 2020. The Government's submission is due on or before April 6, 2020.

The Court has respectfully directed the United States Probation Department to prepare a Presentence Investigation Report for the Defendant.

SO ORDERED.

Dated: January ___, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge