**SHEARMAN & STERLING LLP**

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000



FEB 0 5 2020

christopher.lavigne@shearman.com
1.212.848.4432

**VIA ECF**

February 5, 2020

The Honorable Alison J. Nathan
United States District Court
40 Foley Square
Southern District of New York
New York, NY 10007-1312

     **Re:**    **United States v. Tyrone Woolaston, 1:18-cr-00212-AJN**

Dear Judge Nathan:

We represent defendant Tyrone Woolaston in the above-referenced matter and respectfully request an adjournment of sentencing, currently scheduled for April 8, 2020, in this case for approximately two months.

The reason for this adjournment request is that I am starting an insider trading trial before the Honorable Judge Berman on March 16, 2020 (SEC v. Amir Waldman, 17 Civ. 2088 (RMB)), which I anticipate will take two weeks. Both the preparation for this trial, and the trial itself, will make it difficult for me to prepare for sentencing. This is the first adjournment I have requested for sentencing in this case. I have communicated with the Government, which consents to this adjournment request. Accordingly, I respectfully request that the sentencing be adjourned until mid-June 2020, so that I can prepare my client for the Probation Department's pre-sentencing investigation and devote sufficient time to our sentencing submission.

I thank the Court for its consideration of this request.

Sincerely,


**/s/Christopher LaVigne**


**CC:**   Alison Moe, Assistant United States Attorney
        Thane Rehn, Assistant United States Attorney

> The sentencing for Defendant Tyrone Woolaston currently scheduled for April 8, 2020 is hereby adjourned to June 12, 2020 at 1:00 p.m. Sentencing submissions from the Defendant are due on or before June 5, 2020. The Government's submission is due on or before June 10, 2020.
> SO ORDERED.

SO ORDERED:   2/5/20

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE