UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-v-

Tyrone Woolaston,

                Defendant.

18-cr-212 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The sentencing for Defendant Tyrone Woolaston, currently scheduled for August 14, 2020 is hereby adjourned to September 14, 2020 at 1:00 p.m. Defendant's sentencing submission is due on or before September 7, 2020. The Government's submission is due on September 10, 2020. Additionally, the deadline to for Defendant to make objections to the PSR is extended to August 7, 2020, and the deadline to disclose the final PSR is extended to August 28, 2020.

    SO ORDERED.

Dated: July 28, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge