UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/2020
```

United States of America,

–v–

Tyrone Woolaston,

Defendant.

18-cr-212 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing for Defendant Tyrone Woolaston, currently scheduled for September 14, 2020, is hereby adjourned to October 19, 2020, at 1:00 p.m. Defendant's sentencing submission is due on or before October 12, 2020. The Government's submission is due on October 15, 2020.

SO ORDERED.

Dated: September 1, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge