UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Tyrone Woolaston,

               Defendant.

---

18-cr-212 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2020

ALISON J. NATHAN, District Judge:

    The sentencing for Defendant Tyrone Woolaston scheduled for October 19, 2020, is hereby adjourned to November 5, 2020, at 11:00 a.m. The Court anticipates being able to conduct an in-person proceeding at that time. The Defendant's sentencing submission is due on or before October 29, 2020. The Government's submission is due on November 2, 2020.

    SO ORDERED.

Dated: October 8, 2020
       New York, New York

                                       ALISON J. NATHAN
                                     United States District Judge