```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| –v– | 18-cr-212 (AJN) |
| Tyrone Woolaston, | ORDER |
| Defendant. | |

ALISON J. NATHAN, District Judge:

      The Court will conduct the sentencing scheduled for November 5, 2020, at 11:00 a.m. in person.  To comply with the Southern District of New York's procedures for in-person proceedings during the COVID-19 pandemic, the Court requires an accurate count of the total number of people who will attend the proceeding.  By October 27, 2020, the parties should submit a joint letter identifying all counsel who will participate in the proceeding and providing an estimate of the number of other people who will be in attendance.

      SO ORDERED.

Dated: October 23, 2020
      New York, New York

                                              ALISON J. NATHAN
                                         United States District Judge