```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Tyrone Woolaston,

          Defendant.

18-cr-212 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Due to measures to ensure the safety of all those attending the sentencing in light of the COVID-19 pandemic, seating space in the courtroom is very limited.  The courtroom will not be able to accommodate the number of people listed in the Government's letter dated October 27, 2020 (Dkt. No. 158).  Space in the courtroom will largely be limited to the parties and counsel, with a few socially-distanced seats in the gallery available to family members of the defendant.  An overflow courtroom will be set up where a limited number of additional people may safely watch and hear the proceeding through a video feed.  The Court will also set up an audio dial-in number through which all interested parties may listen to the proceeding remotely by telephone.  The Court will issue a separate order with the dial-in number once it is available.  For the safety of all, the Court encourages all parties interested in the proceeding to take advantage of the remote dial-in option. The Court will invite counsel to indicate who is present on the phone line and the Court will deem that the equivalent of being present in the courtroom.

      SO ORDERED.

Dated: October 29, 2020
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge