UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>TYRONE WOOLASTON<br><br>               Defendant. | 18 Cr. 212 (AJN) |

**SENTENCING MEMORANDUM
ON BEHALF OF DEFENDANT TYRONE WOOLASTON**

**SHEARMAN & STERLING LLP**
Christopher LaVigne
Robert Lewis
Liz Robinson
599 Lexington Avenue
New York, NY 10022
(212) 848-4432 (telephone)
(646) 848-4432 (facsimile)

*Attorneys for Defendant Tyrone Woolaston*

October 29, 2020
New York, NY

# Exhibit A

To: Honorable Judge Alison Nathan

Southern District of New York

United States District Court


I am writing to you in reference to Tyrone Woolaston, who is appearing before you in court today for his sentencing hearing. I write this letter with a very heavy heart because I know that this current situation is a stumbling block and does not reflect the standup man I have come to know for the past ten years .He has been near and dear to my heart ever since I had the pleasure of meeting him. So, I can only bring myself to say positive things about him. I have witnessed and admire his love for God, his family, friends and his sincere willingness to always help others. Tyrone has always been a courageous and hard worker and I watched him go from working at the airport to go on to achieve his goal of becoming a firefighter. Even when he achieved this goal, over the years he continued to be ambitious by applying for the Captain position. I have experienced his love and care towards me and my daughters and as a single mother he has always been supportive. He would help in many ways like transporting my daughter to school when I had to work and assisting in any way he can. Tyrone always did things without asking for anything in return and that is just one of the attributes I admired about him. To give an example: I woke up to my entire driveway cleaned after a snowstorm without letting me know he was there till I looked out my window and saw him in the freezing cold. He has truly love and respected me as a woman and parent and I can only be thankful. I have been blessed to experience and witness his greatest joy of becoming a father. Tyrone has undeniably been a great father to his daughter A███. He continued to work two jobs while raising his daughter as a single father. Even when things became difficult as a first time parent, he always managed to overcome. I also had the pleasure of watching him care for his older aunt, Ms. Ida over the years and its truly been a blessing to see. He would take her grocery shopping, and carryout any task that needed to be completed .Without a doubt, I can truly say he has been a great joy and asset to my life, to his family, friends and the community. I can keep going on about the great man I know him to be. I strongly believe once given the opportunity, he will prove to you and this court the upstanding Godfearing man I know him to be. I truly hope you take this letter into consideration when making your decision in this matter.


Sincerely,

Nicole Thompson

# Exhibit B

**To  Whom it may concern,**

**This letter is in regards to Tyrone Woolaston. I met Tyrone as an employee of the Orange Fire Department. I have known Tyrone for 6 years. I worked with Tyrone side by side for four of these six years. When you start working as a fire fighter everything you do is scrutinized, measured and watched to see if you have what it takes to be a fire fighter. To see if you have "balls". From day 1 Tyrone was welcoming, friendly, approachable relatable and VERY likable. Tyrone would seek me out to make sure I understood the training we would receive that day. Tyrone would seek me out to help me train on our own. The job is about brotherhood and Tyrone IS my brother. I took an immediate liking to Tyrone we clicked immediately this is because he is an outstanding guy. He quickly became one of my favorite people in the fire house. We were even bunk mates meaning he slept in the bed right next to me. When we would work fires I ALWAYS knew Tyrone had my back through thick and thin never did I worry that he didn't have my back in a fire where a split second can cost you his life and my own. I trusted him implicitly. He was a mentor for me on the job. Someone I could ALWAYS go to for guidance and advice.**

One of the very first calls I had on the job was a medical call where Tyrone and myself performed CPR on a patient for over 45 minutes which is an absolutely physically exhausting job however we worked as one performing CPR on this patient while waiting for EMS to arrive we were sweaty it was super hot and we worked endlessly without complaint because it wasn't about us it was about that patient.

As a fire fighter our job is all about pride being on the tip which means you're on the nozzle putting that fire out to give up the tip is to give up your manhood your heart every fire fighter wants the tip Tyrone was no exception however on this particular day Tyrone allowed me to be on the back of the engine while he drove which means if we got a fire I would be on the tip in our district.That particular day was the day of my very first fire a month on the job it was almost like he knew we had "a job" coming (often the thing of myth every fire fighter feels he can feel/know when a job is coming) Tyrone was right that day. I got my cherry popped a month after being on the job and I was on the tip I have my brother Tyrone to thank for it. It was amazing. Tyrone ran the pump which means he was responsible for making sure I had water while extinguishing the fire not once did I fear that I wouldn't get water.

Outside of work Tyrone is a humble down to earth respectable man. In a time when men abandon their children to the mother so they can live out whatever lives they choose while the mother raises the child Tyrone is not and was not that man. He loves his daughter so much so that he fought and won sole custody of A████. A beautiful angel of a little girl always happy to see her daddy. They were inseparable every where he went she went  A total daddy's girl. Tyrone worked 2 full time jobs while working as a fire fighter he also worked at the airport. Often the guys would joke about when would Tyrone sleep the man was a machine, hard working, dedicated, relentless in pursuing his goal to purchase a house a place of his own so he can raise his daughter in a house not an apartment.

The Christmas of my first year I saw Tyrone post on his fb page asking if there were any children anyone knew who would be having a less than stellar Christmas. I didn't know what it meant however I quickly found out our next shift. Tyrone came into work with about 10 big bags all with toys R us logos on them filled with a bunch of toys. He took it upon himself to become Santa Claus that year and decided to use his own money and go out and buy kids he didn't know a large amount of random toys. We

wrapped them at the fire house and it kind of became his thing he did every Christmas without hesitation every year.

I have four children, every time they come to visit the fire house every single one of them ask "where's Tyrone?" my children absolutely LOVE him. It breaks my heart to have to lie to them and tell them he's on vacation, or whatever story I can think of at the time, and every time they say "we miss Tyrone".

Tyrone is the type of friend/brother that if you're in a bind he's there to assist in a heartbeat no questions asked. "i'll be right there" was his reply and within reasonable time my brother was there to assist in anything that was needed from moving, to blown tire, to stalled out vehicle and needing a ride to work he was a rock. In a world where everything has been racial lately Tyrone truly doesn't see race, creed, color, sexual orientation He is always quick to speak out on injustice and doesn't hesitate to take the less popular opinion and has the capacity to "throw himself on the sword" to prove his point. He was the type to make sure even though something might be the easier way to say or do something he would do it the hard way because it was the

right way because it was the absolute right thing to do even if it was an unpopular opinion.

I genuinely miss my friend, my brother, my mentor.

Thank you for taking the time to read this.

Vito Caputo

Fire fighter at Orange Fire Department.

DocuSigned by:

*Vito Caputo*

4BDB86A41C3143B...

# Exhibit C

Nkomo Brooks

Kaneohe, HI 96744


July 23, 2020


To Whom It May Concern,

I am writing on behalf of Tyrone Woolaston in regards to our personal and professional relationship. I know Tyrone to be a caring and thoughtful person who consistently helps those around him by acting as a mentor and friend. He is an exceptional parent, who cared for his daughter and established a stable and loving home to take on the responsibility of raising her as her primary caregiver. Tyrone and I worked together for the Orange Fire Department (New Jersey) as firefighters between 2012-2017

I first met Tyrone when he came to the Orange Fire Department to turn in and drop off paperwork concerning his hiring as a firefighter in Orange, NJ. We spoke briefly about his desire to be a firefighter and I wished him luck. From our brief conversation, I was enthusiastic about working with him in the future. He exhibited the qualities of what fire departments look for in new recruits. He was personable, eager to learn, intelligent, and determined. Tyrone was sent to the Essex County Police and Fire academy for training. During his time at academy, he showed leadership and teamwork skills. Firefighters pride themselves in not leaving a brother/sister behind. "Two in. Two out." While there, Tyrone refused to leave his fellow firefighter behind as they performed their daily physical training run in academy. Tyrone knew that finishing last wouldn't necessarily reflect well on him, but he has a quality that I can't put into words. It's heart. It's love. It's loyalty. It is a basic human decency that isn't always so easy to identify in the average person.

We eventually had the opportunity to work on the same tour after he graduated academy. Tyrone immediately asserted himself. He learned what was expected of him and made sure to accomplish all tasks set before him. He treated everyone with respect and understood that he needed to 'learn the job' in order to fulfill his duties as a firefighter. We would often go to city events together; whether it be senior citizens picnics or family fairs at a local park. He did this with pride. He went above and beyond his 24 hour shift in order to ensure the city he worked for knew he was appreciative of the opportunity to serve them. He embodied the term "public servant".

I have always been impressed by how dedicated Tyrone is to the fire department. Tyrone showed up on time and was always ready to work. He socialized with everyone and made friends very easily because of his openness and welcoming spirit. Tyrone would come by the firehouse on his days off to pick up his check or to show his daughter around the firehouse. One consistent detail that I remember about every time

he would do so is he was always in a good mood and always lifting other people's spirits. His laugh would literally fill the firehouse. He is an upbeat and encouraging person who has literally given the shirt off of his back. He helps others without hesitation. The nature of the (firefighting) job requires you push yourself mentally and physically in order to help others. We would speak about the risk and sacrifices that our job held. Tyrone Woolaston is a man who is willing to give his life for a complete stranger so that they may live. We ran into burning buildings together and he did so without hesitation; to preserve life and property while risking his own. His bravery and resilient nature made him an excellent firefighter and a great human being.

His relationship with his daughter is near and dear to me. I have two daughters of my own. You can tell when a man is in love with his princess. He adores his baby girl. He was excellent with her. I can recall him carrying the baby carrier into the firehouse and holding her in his arms while we talked about the demands of the job. I watched his daughter grow. I was always impressed with how much time he spent with her and how dedicated he was to being a good father to her. He made sure that he arranged his life to care for her. If you are a parent, you know the conversation about wanting to go home and just see your kids after your work day is over. We would laugh about how your child makes you more focused and helps you see what is really important in life. Tyrone was determined to keep her in a stable and loving environment, and he made that desire come to fruition.

Tyrone was very encouraging to everyone at work. He wanted everyone to be at their best. He went from being a rookie thirsty for knowledge to a respected firefighter who could be counted on in life-threatening situations. I was honored to work side-by-side with him. He made the department a better and safer place to work, and he dedicated his time and energy to the citizens of Orange and his young child.

Tryone Woolaston has become my family. Anyone who has ever had the honor of being a firefighter can tell you that the bond between us all in not one easily put into words. We understand that we may not go home that day, but we worked hard for each other to make sure we could go home to our families. Tyrone is a special type of person. He had a natural ability to step in and step up. I feel incredibly lucky to know and have worked with Tyrone. He is a good example of a caring father and a hard-working individual. Please feel free to contact me for any further information. Thank you for your consideration.

Sincerely,

Nkomo Brooks BA, MPA

1/23/20

# Exhibit D

Tyrone G. Woolaston Sr.

█████████

Houston Tx. 77065
23rd July 2020.

Dear Sir or Madam,

God richest blessing to you.

I am the Father of Tyrone C Woolaston. he was pre Mature
when he was born 3-16 ███ and I am Quite Shore you Know·
What the Bible John 3.16. Said, I did not give away my Son
they take him, he spend two Months in the Hospital at birth
the Doctor Said he would be great to Sociatie most pre
Mature, He was brought up in the Church he would carry the
Cross every Sunday before Service and after along with his
Sister, His Mom pass away when he was 14 yrs. old, I take care
of him and his Sister, He atend Kene Collage. he was a. good.
Boy, and Still is, I had Cancer twice working for the Airline
29 years transfer to Houston Texas, I could not take the cold.
Weather after my Surgery, He would Invite me to New Jersey
Wherever my Birthday come up. take me out for Shopping and lunch.
After he left Collage he was employed. to airline with in a Month
he was promoted as a lead agent, then he also work at the
Orange Fire Dept partime. he is No Drags dealer he Just
was set up by Some Crooked Cops., all he had was to do is
Say No, but young boys, he Just make a mistake, he always
tell me about the Bible, But I pray for these Cop;
I have No one in My family every go to Prison, But My Son Make
a Mistake and he will be out a better person I Know he Never
being in any Trouble with the law before. please Consider him I ask
please. your Honour.       I am your faithfull-
                          Tyrone G. Woolaston.Sr.

# Exhibit E

Alicia L. Codrington                                                                                    7-16-20
Ph.D. Candidate
Immunology, Infection, and Inflammation (III Track)
Rutgers School of Graduate Studies
Health Sciences Campus at Newark

██████████████████

Re:     Tyrone Woolaston

I have known Tyrone since junior year in high school. Tyrone was popular as soon as he came into our school. His personality was amusing. Initially I just knew him as "the new guy" that everyone liked. On the other hand, I was the quiet and geeky girl in the honors class that loved science and my friends. One day my male cousin, showed up at my house with Tyrone because they were hungry and ever since then, Tyrone was family. Tyrone was the only guy my mom allowed in our home to spend time with me. Our relationship was strictly platonic. The fact that my mother trusted him was mind-blowing. Our friendship was shocking to everyone at school. He was not ashamed of me. He protected he, carried my bags, and even scolded me if he did not approve of something. He has been a great friend. Unfortunately, Tyrone's dedication to friends can also be detrimental to his well-being.  Tyrone's mother died before I met him, but he shared a lot with me regarding his relationship with her and how her death impacted him. Tyrone considered most of his friends his family. There was no distinction between family and friend for him. To this day, Tyrone treats me like family.

When I went off to college, Tyrone would take the ride up to New Brunswick to see me and our other friends. His admiration for me never changed. We were true friends for a very long time. We lost touch because I went to graduate school and gave my life to God. Tyrone is one of the most loving and warm-hearted men I know. He is sincere and genuine and does not break a promise. If he does break a promise, his conviction is intense. Before Tyrone was arrested, he was a firefighter and taking care of his daughter. He knows that his daughter needs him. His daughter is one of the most important people in his life. He took very good care of her. He took care of her as the average mom would. His dedication to his daughter's upbringing was exceptional and admirable. I cannot put into words how much Tyrone loves his daughter. I can only imagine what he is going through being away from her. I am saddened that he is suffering the way he is now. He is a natural born leader with a beautiful heart.

I have brothers and sisters that are disabled and Tyrone always helped when he came over. He is also loved by my grandmother and would do anything she asked of him. My grandmother would tell you, he is a "sweet and respectful boy." I pray this letter blesses your heart and you will have some level of compassion towards a man that needs a second chance for himself and for our Lord and Savior Jesus Christ.

Today, I know Tyrone to be a man that loves God and desires to serve God completely. It is unfortunate that he wasn't more serious about God sooner in his life but I do remember he used to walk around high school some days, with the bible in his hand. Can you imagine? A popular and well-liked young man walking through the hallways with a bible in his hand. He read his bible because he remembered how much his mom loved God but Tyrone is now in a place of surrender. Tyrone's love for God is growing now more and more each day.

I pray the compassion of God rests on your heart as you read through his case.


Sincerely,

Alicia Codrington

# Exhibit F

July 15, 2020


Re: Tyrone Woolaston


To Whom It May Concern,

　　I am writing on behalf of Tyrone Woolaston. I met him when he started attending The Chad Science Academy for 11th grade. While we weren't in the same class, our school was very small so everyone knew everyone. I knew of him to be fun, charismatic, and very sociable. His personality was infectious and because of that he had a lot of friends. After graduation, I saw him a couple of times and he was still the same kid I knew in high school. Thanks to social media, all of my classmates were able to remain in some form of contact. I saw that Tyrone was doing very well and had become a Firefighter, which is extremely admirable. I was happy to see it. I saw maturity and growth and knew that he was on the right track.

　　When I heard of Tyrone's troubles I was disappointed not only because of his lack of judgement, but because his path ahead was bright. I think anyone can fall victim to being too loyal to people who don't have your best intentions at heart. And this has unfortunately, led him to where his is now. Now while I haven't been in contact with him for years, he has remained in communication with my best friend and she keeps me abreast of his status. I know that he's remaining positive, and using this time to grow closer to God.

　　Mr. Woolaston has shown sincere regret for his mistake in a constructive manner . It is my hope that his letter regarding Tyrone Woolaston's case will act as a positive and contributing factor when the court considers this matter.


Sincerely,

Elizabeth Moore

# Exhibit G

Thelma M. Hamilton

███████████

Woodbridge ON L4H 1P9
███████████

July 31, 2020

**Re: Tyrone Corey Woolaston**

Dear Sir/Madame:

I am writing this letter on behalf of my nephew, Tyrone Corey Woolaston. Tyrone is the second child of my sister Gladys Woolaston, who passed away in 1999. Tyrone was at a tender age when she died and has coped well despite this great loss.

Corey has maintained close ties and relationship with me, uncles, and his cousins here in Canada and frequently visits with us as did we on an annual basis.

It was with great shock and disbelief when we learnt of the event that has brought us to this present circumstances. Tyrone was doing quite well and had taken on the role of being a dad and raising his daughter.

He's a person of good moral character, who comes from a strong family. Our family has always believed in hard work, integrity, and goodwill toward others, and Tyrone has been raised with all those beliefs. He knows what it means to do an honest day's work, and the value that comes from his labour.

While I reside here in Canada, I and the other family are willing to give Tyrone the support that will be needed to re-establish him back into the community in a positive way.

Please do not hesitate to contact me, should you have any further questions or concerns.

Sincerely,

*Hamilton*

Thelma Hamilton

# Exhibit H

July 23, 2020

To whom it may concern,

Regarding: **Tyrone Woolaston**

My name is Jamie Anderson, a Captain at the Orange Fire Department. I've had the pleasure of leading, and mentoring Tyrone as his officer while he was there. He was an intelligent, and caring person. He impressed me with the love and care he gave to his daughter, and always appeared to be attentive to my advice. I treated him more like a son because he actually came on the job with my eldest son and other young people who I've known since they were babies. He's even attended church services with my Wife and I, along with our children. Tyrone has a good heart, and I pray he'll receive some mercy for any wrong he's done. I thank you for reading my letter.

May God bless us all.

J. M. Anderson OFD

# Exhibit I

To whom it may concern,

My name is Captain Monique Allwood and I work for Orange Fire Department for close to 10 years. Tyrone Wooleston and I were classmates in the Academy in February of 2012, so I know him very well. Mr. Wooleston is an amazing individual who is dedicated, loyal, reliable, understanding, and hardworking. He also does not have an ounce of selfishness. This gentleman, Tyrone Wooleston will give the shirt off his back to anyone with no thought of hesitation. At Orange Fire Department, he is loved by everyone and truly missed. At the fire department I have worked with Mr. Wooleston on numerous occasions and I've seen how he takes to the citizens with sympathy and I see how the citizens appreciate his presence. Beyond that, he is a phenomenal father of a beautiful daughter. He is well respected for that and known for how he care gives for his daughter and how inseparable they are. Mr. Wooleston's daughter loves her dad unconditionally and you can tell by the way she lights up when she sees her dad. I can go on and on about this gentleman. If this letter was any help to Mr. Wooleston's character, it will be greatly appreciated of your consideration and acknowledgment. If any questions feel free to contact me at Orange Fire Department ▮▮▮▮▮▮▮.

Sincerely,

*Monique Allwood*

Captain Monique Allwood

# Exhibit J

Leonard Stewart

██████████████

Orange/ NJ/07050

July 21, 2020


RE: Tyrone Wooleston


To whom it my concern,


I have known Tyrone Wooleston as a good friend and coworker for 8 years. I was both troubled and surprised to hear about his recent case as he has always been a rather solid person. It is for this reason I am happy to write a letter of reference for Mr. Tyrone Wooleston regarding this matter. I understand the seriousness of this matter however, hope the court will show some leniency.

Since we meet going through the process to becoming firefighters Tyrone has always been an upright character in the community. In our friendship, he has really been there for me, especially when my mother passed away in 2014 to Breast Cancer. He made it a point to be there and show a significant amount of support during that time. He has truly been a good friend over the years. Shortly after my mother's passing. Myself and Mr. Wooleston went out and adopted dogs from an animal rescue. Now we could have just brought dogs, but we both believed in second chances and we wanted to give those dogs better homes than they had before. Tyrone choose a dog that had skin issues and when I tell you the amount of time, research, and energy he put into nursing his dog  back to full health it was unbelievable.

Mr. Wooleston loves his career and the people in the City of Orange. He has always put others first before himself. I remember one time when we were at the academy and Tyrone took a punishment for something another candidate did because he knew that person was going to quite if they found out it was him. Mr. Wooleston is the type person that you would always want backing you up in a blazing fire. I have put my life in his hands a couple of times and never once questioned his judgement. As for our community Tyrone has participated in most of the city events on and off duty. He has even showed up to help out with fires off duty. There has never been a time that I have called on him for help and he did not come through. As for his little girl A███, he has inspired me as a father. When he didn't not agree with the living conditions for his daughter. Tyrone made it his business to not only get custody of her, but full custody. I know for a fact he regrets being in this situation that he is in and if giving the chance to correct those action he would!

It is my sincere hope the court takes this letter into consideration. Despite the current case, I still believe Tyrone Wooleston to be an honorable individual, a valuable member of my community and a good human being.

Sincerely,

Arson Investigator Leonard Stewart

# Exhibit K

A letter on behalf of Tyrone Woolaston

    Good morning your honor an ladies and gentlemen of the juror. My name is Karl Powell and I have known Tyrone for the past 14 years. We worked together at United/Continental airlines. Tyrone is a great person with a kind heart he treats everyone with nothing but respect. He's a single father that held two full time jobs. This a man who works extremely hard for all that he got and wanted nothing but the best for his daughter and his friends. A man that loves his daughter A ▆▆▆ dearly. My kids loved him and looked up to him because of the person he is. He always give them great advice.

# Exhibit L

Your Honor,

I have had the pleasure of knowing Tyrone for approximately seven years now. I know Tyrone to be a very kind and respectful person with a deep love of family. He would often talk about his wonderful daughter A███ and family with a love and fondness that only a dedicated family man and father can.

I first met Tyrone while working in my capacity as fire captain, Shorty after graduating the academy he was placed in tour 1 on my fire engine. It was a dream he longed for and he excelled at his craft. He was always pleasant to work with as well as being pleasant to people he encountered during the time that he became a firefighter. Tyrone gets along very well with his peers and co-workers and follows orders with accuracy and professionalism. He is a very humble person with an excellent work ethic. Another one of his strengths lies in his ability to quickly learn his trade at a very advanced pace.

In my opinion, Tyrone is very committed to his and his daughter and career. As a very career-oriented person, he believed and invested heavily in his family's future. He believed firmly that advancing his career as a firefighter would not only be fulfilling, but it would also help him to better raise his daughter.

He is a religious man, firm in his faith in Christianity. It is through this strong religious faith that he has lovingly provided and cared for his daughter and family, an exceptional trait that is very rare to find in many individuals. While working in my current capacity as Deputy Chief I have to say it has been my pleasure to work with such a distinguished person and I continue to look forward to working with him in the future.

Sincerely,

*Terrence Cobbertt*
*Terrence Cobbertt*

# Exhibit M

Peter Kane

████████████████

Hoboken, NJ 07030


To whom it may concern,


       I am writing this letter to attest to the character of Tyrone Woolaston.  I worked with Tyrone as a firefighter in the City of Orange, and he was someone I looked up to as a junior firefighter.  The one thing that stuck out to me the most about Tyrone was how much he valued his family.  Tyrone's daughter A█████ was his entire world.  Tyrone fought very hard to win custody over her, and in a world with so many absentee fathers I thought it was beautiful to see a man fight for what his best for child. Tyrone didn't only value his blood family, but his firehouse family and the citizens of Orange were very important to him.  Tyrone used to out of his own pocket purchase, wrap, and deliver gifts for kids who would have nothing under the tree on Christmas morning.  He would do so in a nonchalant manor, not to earn glory or praise.  He just did it because he thought it was right.  If I ever needed anything, I knew I could come to Tyrone.


Sincerely,

DocuSigned by:

*Peter Kane*

D83663E5B1094BE...

*Peter Kane*

Peter Kane

07/22/2020

████████████████

# Exhibit N

RE: Tyrone Woolaston                                                                      7/16/20


To Whom It May Concern,

      For as long as I can remember, Tyrone has always been family oriented. He's never seem to fail in exuding the common qualities of selflessness, honor, and consistency. As a kid, I marveled at how well he meshed with my family. Every time he walked into a room, the atmosphere would suddenly change. His presence alone brought excitement to everyone, even my grandmother considered him as a part of the family. Although we were not related, his actions conveyed a different message. I can recall a time one evening where Tyrone assisted me in my homework. He came to the house for a normal visit. As I sat perplexed in the kitchen, my grandmother kindly asked, "Can you help him?" Without hesitation, Tyrone took a seat beside me. As we walked through the assignment together, a level of peace came over me. I was glad that I wasn't doing this alone, but that I had someone else walking alongside me. I know my example may seem a bit juvenile. However, I believe this random act of kindness conveys a clear description of Tyrone's character. He's willing to serve anyone in need and it doesn't matter the time of day.. I am eager to see what God has in store for him. It is clear that he has so much to offer.


Sincerely,

Zaire Codrington

# Exhibit O

Germaine Ogiste

███████████████

Newark, NJ 07106

8/31/2020

Dear Judge Nathan,

    I am writing to you on behalf of Tyrone Woolaston to speak to you about the Tyrone that I know. Tyrone and I met around 2000 when we were both juniors at The Chad Science Academy, a small private high school in Newark, New Jersey. We were casual acquaintances due to having different social circles and different class schedules. After graduation, we became great friends due to having family members who lived on the same block.

    My cousin and Tyrone's cousin happened to live on the same block without either of us knowing, until Tyrone became friends with my cousin, which lead to my aunt doing what parents do to their children's new friends and asking about their life. As our high school only had 300 students, once she heard that Tyrone graduated from there the same year as me, she let me know about it. From there, we became close, since we now had the chance to talk about our shared experiences in going to a tiny underfunded school in an unsafe area as well as other life experiences such as losing our mothers at a young age.

    Tyrone quickly became a part of our family shortly after. He was at every family gathering and was always willing to help without having to be asked. One of the traits I admire most about him is his ability and willingness to sacrifice to reach a goal. He had a job as an ambulette driver in a part of New Jersey that was a 30-minute drive and he did not have a car so he would take public transportation. He works a ton of overtime to be able to buy a car to be able to get to work easier.

When our leisure schedules were in sync, he encouraged me to join a local gym with him so that we both can have some bonding time and work on our health. Due to his consistency and knack for getting the best out of a person, I was in the best shape of my life during that point.

My cousin was diagnosed with epilepsy about 15 years ago. One day, while we were all gathered at my grandmother's house, she experienced a severe seizure. While most of my family were frozen with shock or fear, Tyrone took the initiative to stabilize my cousin as much as possible, then literally carrying her to the car so that she can be taken to the hospital.

I was most in awe of him when his daughter, A█████ was born. I don't pry in people's businesses unless they are willing to tell me, but I could tell that he and her mother were trying to have a relationship, but it was not working. A child custody case ensued, in which Tyrone got primary and sole custody. My first thought was "of course they awarded custody to a man who juggled two jobs and is always available when you need him."

I hope I did an adequate job of describing who Tyrone Woolaston, the person, is to me. I usually do not "keep score" of what a person does for me as I was raised to not base relationships on what someone can do for me. It is unfortunate that you had to meet Tyrone under these circumstances; I hope this letter allowed you to see how highly I think of Tyrone.

Respectfully Submitted,

Germaine Ogiste

Germaine Ogiste

# Exhibit P

Dear Judge Nathan,

When I first met Tyrone he was brought to my youth group I believe he was about 13 years old at the time. A couple of things that were clear to me was that he was highly competitive he didn't like to lose and he was a little bit hardheaded. It as my custom to find out what I could about anybody new that came to the group by asking the person or persons that brought them to us. I found out that Tyrone didn't have a father in the picture and he had been there for quite some time. His mom was hard-working and was raising both him and his sister Faith. He had a brother but not a lot of contact with him. These were the cards that he was dealt in at 13 years old he had to play them.

The first night we met it was at our weekly sports ministry. We explain to all the youth that there were rules that we have to abide by. Just as a side note I would often change those rules. I would do that and usually from the new kids it would come I would get an attitude. That's when I would take the time to explain to them that life is not fair when you get out there in the real world what you perceive to be the rules will often times be changed on you in midstream and there would be nothing you could do to change it. I would always advise them to act instead of react. Most of the kids that we had in the group were either from the islands, African-American or Hispanic not many of the youth were Caucasian like I am. I also worked in the jails mostly working with the first time offenders.

One of the things that I had noticed there was that the vast majority of the inmates were of color or Hispanic. This is why I would push our kids much harder than a normal youth director would. I told them that if they were going to succeed that the cards were stacked against them the would have to get a better education than me they would have to have a better attitude than me to get the same job as me if I were to be working in the secular world. The first night that Tyrone was with us we let the boys play basketball after a little while we pulled them off so the girls could play. I remember the game was tied and the boys wanted to break the tie and I told them their time on the court was over. Tyrone got quite upset about that. This was my first chance to actually talk to him and explain to him why we did the things we do. After explaining to him the things that I had put forth in the letter above he reluctantly agreed. This is where I saw his driving force to win his sense of fairness in him being hardheaded. Much like I was when I was his age except for I was probably much more of a hothead than he was.

I knew that I could use the competitive nature to push him to become a better young man and eventually a good role model as well as productive in his community when he graduated form school. Over the next few years his attitude got much better. He started focusing at school and became a really good student. He also abided by the rules that we had within the group. He would be the first one to jump in and explain to somebody new that came into the group about how I did things and why. Anything it would need to be done was in the group he would always be ready to fill-in to help others excel. He would always address the adults in our group as either yes sir, no sir, yes ma'am, no ma'am, or when appropriate he would address them as Mr. or Ms. Whatever their last name would be. I would often use the young men in the group to go to work with me with my lawn business. This was done to give them a good work ethic help them to earn a little bit of money and help them to support their family. Tyrone worked for me and he worked real hard, never gave me any attitude, and he did help out his mom with money for usually food. It seemed he was overcoming the hand that he was dealt him and rising above it.

He did very well with structure by the time he was 14. He knew the rules and what was expected of him and excelled with in that format. It was around 14 or 15 when his next bad hand was dealt him. His mom passed away. He was very close to his mom and now at 15 he and his sister were alone. At this time his father shows back up in Tyrone's life. At this point he wants to move Tyrone from South Florida to New Jersey. We had built a close relationship with Tyrone's mother and had told her as we knew that she was sick that we would take care of Tyrone and Faith we actually have a place for them to stay. However, when the father showed up we no longer had any access to Tyrone nor Faith. For a young man at this age there was confusion and deep sorrow. There was also anger that came into play now that his father had showed up to take Tyrone away. During the next few years we didn't see much of Tyrone. However, we did talk to him a couple of times a month. It was obvious to us that life was very difficult for him having to go back to New Jersey. His father had a place that they could stay but it wasn't very long before he had moved to Texas. In dong so he left Tyrone and Faith pretty much on their own. Tyrone could have given up yet he was determined to make something out of himself.

Tyrone finished school and did not drop out. He was able to get a job working for the airlines. One of the things I think that stuck with Tyrone was when we started a ministry most of the adults all felt that working with the kids that we were not going to be beneficial to anybody. As a matter of fact, they said that most of these kids will wind up being drug dealers and pimps and most of our girls would wind up pregnant. That would always anger me when they would say things about these kids because they all were doing extremely well in whatever they decided to do. So, Tyrone was focused on showing everybody that he could be a somebody. The next time I would see him I think he was 19 he was able to use one of the benefits that he had from the airlines to travel wherever he wanted. He walked into church one Sunday morning. He had grown just not in stature but in maturity. We talked a little after the service and that's when I found out that his father had told him that we as a ministry didn't want Tyrone. So that was a hand that was dealt to him that I didn't even know he had. He did mention that that was also a driving force to show us that we were wrong about him. However, we never ever believed that he was going to fail. After this conversation, our friendship turned into a relationship. He started becoming my son.

I was quite pleased to see him getting a job at the airport making the best that he could out of the hand that he was dealt. He was making decisions that kept him focused on his future. One of Tyrone's strengths yet weaknesses is that he is fearlessly loyal to people who are in need that he could help. He would do his best to take people making bad decisions and express to them how to make positive choices and the benefits of doing so.

My wife and I had adopted a girl from our youth group. Tyrone will spend a lot of time talking with her on the phone. However, he never crossed the line and wanting to date her. As our relationship grew over the next few years I would talk to him about actually marrying our daughter. He was the only one of all the young men that were in the group that I knew would work hard and would definitely respect her and treat her as a wife should be treated. I also tried to get him to move from New Jersey down here in South Florida. Sadly, every time he got ready to move something happened and he wasn't able to make that move.

Tyrone would eventually find a girl and they had a child a baby girl. He tried to work with the mother so that they could be married but it didn't work out. Yet against almost all odds he

wound up with full custody of his daughter. This also spoke to me as he was a man of character and integrity. As we know its almost impossible for a father to end up with full custody of a child. I knew to be able to accomplish that that they would be a serious background check on him and if there was anything showed up he would not have obtained that right. He actually brought his daughter down to show us his daughter which meant a lot to me as our relationship was getting better and better.

Because of his daughter being up in New Jersey he decided in his mid 30s to take a second job so he could give his daughter everything she needed. He decided to take a job as a fireman. I understood this as his way of doing something for his community the job at the airport was for him and his family. The job as a fireman was for his family and to save lives. Tyrone was always part of his Jamaican heritage. He used to have dreadlocks. But to become a fireman he would have to cut them off. That was something that did not come easy but yet he did it. Again showing a person of strong convictions as well as a man who could make mature well thought out decisions.

He also did a pretty remarkable thing. He would keep in touch with most of the youth group. I wasn't able to keep track of them but he did because it was important to him. Every time we got together he would fill me in on how everybody was doing. When he got down here he would go find and hang out with them to make sure that they were doing well. Again, the character trait of loyalty shows up when doing these things. In my humble opinion he is being dealt another bad hand. Yet throughout the whole process he stayed true to his character and convictions. I know you can't by law reduce his sentence. At the same time as a pastor as his father I don't think its fair that out of all the bad hands he was dealt he sits in front of you today. Thank you for allowing me to have this letter be put before you today. I may not be alive 15 years from now so it was important to me to give you insight on my son. If I may just let him know how proud I am of who he is and how much I still LOVE him.

Sincerely,

Pastor Page and my wife his mother Karen Page

# Exhibit Q

Dear Honorable Judge Nathan

My Name is Gunjit Malhotra and My Number is ████
   I am an Inmate at MCC for over a year. I am a
registered GED Tutor and Educational Program Tutor.
   I know Tyrone Woolston since the day I got here.
This is my first being Incarcerated in any fashion.
When I came here I was very depressed & I lost
hope for life. Tyron woolston not only helped me
to get settled but also motivated me for a
better future. He was also a registered GED Tutor
& inspite of his all other jobs at kitchen, suicide
watch, he was always available to take classes
for GED & other programs. Tyron brought his best
efforts to each lesson. He was an exceptional
bonus to the little amount of Tutors, wee have
for our Unit size. He even helped many other
Inmates in the evacuation during the fire in
our Unit.
   I humbly request that you take in
consideration Woolston efforts to turn around
his life. He has shared his knowledge & skills
with us all. There is no doubt that we have
reflected on the decisions we have made. But we
now look forward to a life filled with more
Substance.

                                    Sincerly
                                    Gunjit Malhotra
                                    Gunjit.

# Exhibit R



# UNITED STATES GOVERNMENT
## MEMORANDUM

**Metropolitan Correctional Center, New York, New York**

**DATE:**      August 27, 2020

**FROM:**      M. Charles / Food Service Supervisor

**SUBJECT:**      **WOOLASTON, T #85369-054**

To whom it may concern:

This is to confirm that Inmate WOOLASTON, #85369-054 has been working in the food service department from April 2019 to present as one of our lead warehouse workers.  Inmate Woolaston has been assigned the duties of lead warehouse worker which entails receiving and documenting meats and dry goods, keeping an inventory of all merchandise entering or exiting the warehouse identifying any missing, lost or damaged materials and ensuring that all the merchandise is safely and securely packed and labeled, however he also helps out doing the following: and dish machine worker, vegetable preparation worker and pot and pan washer. Inmate Woolaston is learning how all the positions contribute to the overall success of the department and works directly under my supervision.  He also helps us with the preparation of all meals prepared in the Food Service Department at the Metropolitan Correctional Center (MCC NY). Inmate Woolaston has also passed the ServSafe test for the food service department.

He is very professional at work, an extremely hard worker, and he puts all his efforts to get the job done in the given time. If you have any question please feel free to call me at

Thank you for your time.

M. Charles

# Exhibit S

R. West, Lieutenant

MCC NEW YORK

150 Park Row, NY, NY 10007

December 12, 2020

To whom it may concern;

     This short note is for Woolaston, Tyrone #85369-054 accommodating him in his efforts in helping me extinguish a fire on unit 11 south.  On December 8, 2019 there was a heavy smoke condition on unit 11 south which quickly overtook the entire unit. As the inmates were being evacuated inmate Woolaston came to me and told me where the flames were coming from. As I grabbed the fire extinguisher he asked if he can help. I replied yes and he then grabbed another fire extinguisher and proceeded to help extinguish the flames that was located on tier #9. I did appreciate his willingness to help me extinguish that fire and want him to be recognized for his efforts.

R. West,  Lieutenant

# Exhibit T

# WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>Woolaston, Tyrone | Register No.<br>85369-054 | Unit<br>KN |
|---|---|---|
| Evaluation Period<br>7/1/2020 - 7/31/2020 | Work Assignment<br>AM FS | |

Bonus Justification

Inmate Woolaston is assigned as a material handler in the warehouse. Inmate Woolaston is responsible for inventory and assists with requisitioning supplies from the main warehouse. Additionally, inmate Woolaston assists in other areas of the kitchen when he has free time. Inmate Woolaston needs less supervision than most as he performs his assignments dilegently and congenially.

Signature and Date of Dept. Head Approval          7/23/2020

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
_✓_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_✓_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_✓_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
_✓_5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) _✓_ 1 ___ 2 ___ 3 ___ 4 ___ M.

2. Hours of Satisfactory work __160_____ .

3. Regular Pay __$64.00_____ .

4. Bonus Recommended: _✓_ yes; ___ no

5. Total Pay __$74.00_____ . _____

| Supervisor's Signature | Date 07/23/2020 |
|---|---|
| Inmate's Signature | Date 07/23/2020 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

# Exhibit U

DocuSign Envelope ID: 27BAF152-FC30-4E3A-A154-5D2A4A147C92

Brittany Duguid

█████████████

Richmond, VA 23222

September 25, 2020

Re: Tyrone Corey Woolaston (Case No. 18 Cr.212 (RWS))

To The Honorable Judge Alison Nathan

Tyrone and I have been good friends since 1999. We met when we were in grade school through his bestfriend/my boyfriend at the time. Growing up through the years Tyrone became family. Fast forward to 2004 he was my husband's best-man in our wedding and soon after we named him the godfather of our first born child, who is now 16yrs old. In 2015 he named me as his first and only child's godmother. Tyrone is sorely missed by not only our family but the community in which he so selflessly served. During these unforeseen times, it is hard for me to think of a loved one so dear to me in the penal system that simply does not belong.

Tyrone is a genuinely loving person that goes out of the way to help others. Back in 2007, my marriage was rocky and he never once took sides, he called and checked on me and my daughter and when I needed a sitter he dropped everything and showed up every time. After losing his mother Tyrone took his hurt and pain and he used it as his fuel to make his mother proud. He stepped up and raised his little sister, while maintaining his grades and working full time to contribute where his father lacked. This molded him to be the outstanding father he eventually became. Once Tyrone became a parent he instantly had tunnel vision, he knew this baby looked to him and he was not going to disappoint. A███ and her daddy wore matching his and her outfits every holiday and where he went she went. Eventually Tyrone got full custody of A███ and juggled being a single father, a public servant - fighting fires with Orange Fire Dept. and working in the airport. Seldom did Tyrone take time for himself; however, whenever he did, he deserved it. The impact Tyrone's absence has on the community is noticeable, while the fire station has one less firefighter, the impact on his daughter is far greater.

I believe Tyrone deserves a second chance. This behavior is out of character and there is clearly more than what meets the eye in my opinion. Your Honor I can only hope this letter has given you insight on Tyrone and that you consider leniency moving forward on his behalf.

Best regards,

Brittany Duguid

# Exhibit V

Natania M. Babik
████████████
Middletown New York 10940

To whom it may concern;
I Natania M. Babik am fowarding this correspondence in an attempt to appeal to the court for leinancy in the sentencing of my Brother Corey Woolaston. This is not an attempt to excuse or downplay any of his actions that led him to this point in his life, but this is an attempt to humbley express to the Court that if given another chance to turn this unfortunate situation around and to once again become the contributer and pillar to his Family and Society that he was I am of complete confidence that the Court will not be let down. I am extremly grateful to the Court for there consideration into this matter.

As Ever;

NATANIA M. BABIK

x---------------

# Exhibit W

Yazmeen Aikens

████████████

Newark NJ 07103

10/8/2020

Re: Character Witness Letter for Tyrone Woolalston

To whom this may concern:

Tyrone became a part of my life in 2012 due to his initial association with my son's father. After the relationship ended, we maintained a friendship that grew into a solid sibling like friendship. He was there actually during the most stressful times in my life in relation to fighting for custody of my son. During these times, I was super stressed and felt many emotions, but I could come and talk Tyrone's ears off all night if needed. He was just there for me and I completely appreciated that because when you have common friends in a relationship, people choose sides. Thankfully, Tyrone was able to manage both friendships while trying to maintain an objective perspective as possible. This of course only assisted in our relationship flourishing, creating a very safe space to bond and communicate whenever possible. Shortly after my custody issues began, he had some of his own. This allowed me the opportunity to assist my friend in such a trying situation, even if it was a simple exchange of knowledge.

Since we established such a consistent and strong relationship, our children was afforded the opportunity to bond when they were in our custody. We would take them to the park or just have play dates in the house. We have genuine love for each other's child and we would discuss positive goals we wanted to instill in their lives.

Tyrone is a friend that will be there in whatever way he can be. He is a Pisces. I am a Pisces. Pisces are people who truly are empathic and love to help people, sometimes no matter. I am super appreciative that God brought such a wonderful strong brother like Tyrone in my life. Even up to this day we constantly communicate which involves heavy prayer for each other. I am so proud of the faith that Tyrone has maintained because it actually helps me appreciate life in a whole different way. Sometimes it can be so tough to make emotions come to life on paper, but I hope that I offered a great insight of the type of awesome friend my brother Tyrone is. I pray this is received in the best intentions.

Sincerely with love,

Y. Aikens

# Exhibit X



# UNITED STATES GOVERNMENT
## MEMORANDUM

Metropolitan Correctional Center, New York, New York

**DATE:**       October 19, 2020

**FROM:**       B. Boney / Food Service Supervisor

**SUBJECT:**    Tyrone Woolaston #85369-054

To whom it may concern:

This is to confirm that Inmate Woolaston, Tyrone (85369-054) has been working with the food service department on a work detail since April 2019. Since that time Inmate Woolaston has not missed a day of work. Inmate Woolaston has been responsible for helping revamp the administrative functions and record keeping of the warehouse. During the COVID-19 pandemic Inmate Woolaston was instrumental in keeping the food service department running smoothly. He has worked many areas of the food service department including the officer's dining room, special diets, and the food service warehouse. Inmate Woolaston has also been responsible for the training of other inmate workers and has demonstrated a great work ethic. During all of this, Inmate Woolaston has completed his ServSafe certification for the food service department.

He is very professional at work, an extremely hard worker, and he puts all his efforts to get the job done in the given time. If you have any question please feel free to call me at (646)-836-6404.

Thank you for your time.

B. Boney

*B. Boney*

# Exhibit Y

To Robert Lewis and whom it may concern:

I Baiseeklay Massaquoi am writing in regards of Mr.Tyrone Woolaston.

It is with great pleasure of Mr. Woolaston (Cory) as his close family members call him, Tyrone is outstanding and wonderful person who is willing to do and help anyone needing assistance.

Tyrone and I are really good and close friends dating back to August 2007, he was known to be a pillar of his community....besides his daughter misses him so Dearly.

Another thing that make Cory special is that him and my daughter share the same birthday....when March 16th around there is only 1 person celebrating and enjoying, but it is very odd that we do not have another birthday person to reach out to...this would be a beautiful moment if we can have Tyrone back in our lives so the village will help raise our child.

Thank you for your time and effort.

Sincerely,
Baiseeklay Massaquoi

*Baiseeklay Massaquoi*