```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Tyrone Woolaston,

            Defendant.

18-cr-212 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The sentencing hearing scheduled for today is adjourned to December 2, 2020, at 1:00 p.m.

    SO ORDERED.

Dated: November 5, 2020
       New York, New York

                                      ALISON J. NATHAN
                                United States District Judge