```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Tyrone Woolaston,

              Defendant.

18-cr-212 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       Sentencing in this matter is currently scheduled for December 2, 2020, at 1:00 p.m. The Court will not be able to conduct an in-person sentencing until sometime in 2021. By November 25, 2020, the parties should inform the Court by joint letter whether they consent to proceed with the sentencing hearing by videoconference or would prefer to adjourn it.

       SO ORDERED.

Dated: November 20, 2020
       New York, New York

                                            ALISON J. NATHAN
                                       United States District Judge