```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
: 
UNITED STATES OF AMERICA :
: AMENDED FINAL
          -v.- : ORDER OF FORFEITURE
: 
TYRONE WOOLASTON, : S2 18 Cr. 212 (AJN)
: 
          Defendant. :
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       WHEREAS, on or about December 18, 2020, the Court entered a Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 175), which ordered the forfeiture to the United States of all right, title and interest of TYRONE WOOLASTON (the "Defendant") in the following property:

    i.    $6,000.00 in United States Currency, seized from Xavier Williams in Secaucus, New Jersey;

    ii.    A .40 caliber , Glock Model 23 semi-automatic pistol, serial number GBC837 , with magazine and with attached laser seized from the Defendant in Secaucus us, New Jersey;

    iii.    A .40 caliber Taurus Model PT940 semi-automatic pistol, serial number SRJ76310, with magazine seized from Xavier Williams in Secaucus, New, Jersey;

    iv.    A 12-gauge, Franchi semi-automatic shotgun, serial number AA08624, with attached sling seized from a residence in Hillside, New Jersey;

    v.    a 9 millimeter caliber HS Products, Model XD-9 semi-automatic pistol, serial number MG712071, with attached laser seized from a residence in Hillside, New Jersey; and

    vi.    assorted ammunition and firearm components and accessories seized from a residence in Hillside, New Jersey

(i through vi., collectively the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on January 26, 2021 for thirty (30) consecutive days, through February 24, 2021, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on July 29, 2021 (D.E. 187);

WHEREAS, on or about April 27, 2019, notice of the Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to: Xavier Williams, Newark, New Jersey (the "Noticed Party");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Party are the only persons and/or entities known by the Government to have a potential interest in the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. United States Customs and Border Protection (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
    October 12, 2021

SO ORDERED:

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE