USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/23/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE WOOLASTON,

                Movant,

      -against-

UNITED STATES OF AMERICA,

                Respondent.

1:23-CV-9153 (VEC)

1:18-CR-0212-01 (VEC)

ORDER TO ANSWER, 28 U.S.C. § 2255

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 16, 2023, Mr. Woolaston moved to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, Dkt. 1.

IT IS HEREBY ORDERED that the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion not later than **December 15, 2023**, and Petitioner shall file any reply not later than **January 20, 2024**.  Absent further order, the motion will be considered fully submitted as of that date.

IT IS FURTHER ORDERED that the Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

IT IS FURTHER ORDERED that all further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:    October 23, 2023
          New York, New York

_____
VALERIE CAPRONI
United States District Judge