**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2023

RECEIVED
SDNY PRO SE OFFICE
2023 DEC 12 AM 11:3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE WOOLASTON,
    PETITIONER,
    V.
UNITED STATES OF AMERICA,
    RESPONDENT.

CASE NO. 1:23CV09153
CRIM. NO: 1:18 CR 212

MOTION TO REFUSE CONSENT TO
REFER CIVIL ACTION TO MAGISTRATE JUDGE

COMES NOW PETITIONER, TYRONE WOOLASTON, REG. NO. 85369-054, PRO-SE PURSUANT TO HAINES V. KERNER, 404 U.S. 519-520 (1972), BEFORE THIS HONORABLE COURT REFUSING TO CONSENT TO REFERRING THE ABOVE CAPTIONED CASE TO A MAGISTRATE JUDGE.

PETITIONER REASONS THAT THE DISTRICT COURT JUDGE, ORIGINALLY INVOLVED WITH HIS CASE HAS A FAMILIARITY TO THE CASE THAT THE MAGISTRATE JUDGE WOULD NOT HAVE AT THIS PLACE IN THE PROCEEDINGS.

THEREFORE, THE PETITIONER DOES NOT CONSENT TO THE MAGISTRATE JUDGE.

RESPECTFULLY SUBMITTED,

*[signature]*

TYRONE WOOLASTON                    DATE: 12-06-2023
REG. NO. 85369-054
FCI - FT. DIX / CAMP
P.O. BOX 2000
JOINT BASE MDL., N.J. 08640

CERTIFICATE OF SERVICE

I, TYRONE WOOLASTON, REG. NO. 85369-054 DO CERTIFY THAT A TRUE COPY OF THIS MOTION NOT CONSENTING TO THE MAGISTRATE JUDGE WAS PLACED INTO THE MAILING SYSTEM OF FCI-FT. DIX/CAMP ON THE DATE SHOWN BELOW USING FIRST CLASS, U.S. MAIL, PRE-PAID TO:

1. CLERK, U.S. DISTRICT COURT
   500 PEARL STREET
   NEW YORK, NY 10007

2. OFFICE OF U.S. ATTORNEY
   ONE SAINT ANDREWS PLACE
   NEW YORK, NY 10007

DATE MAILED: 12-6-2023

RESPECTFULLY SUBMITTED,

TYRONE WOOLASTON
REG. NO. 85369-054

Application DENIED. Because Judge Alison Nathan, who presided over Mr. Woolaston's criminal case, is no longer a District Court judge, this case was reassigned to the Undersigned. The Undersigned therefore decided that it would be efficient to refer Mr. Woolaston's habeas petition to Magistrate Judge Lehrburger for a report and recommendation, which the Court will take into account when deciding whether to grant it.

The Clerk of Court is respectfully directed to close the open motion at Dkt. 205 (18-cr-212) and to mail a copy of this Order to Mr. Woolaston.

SO ORDERED.

*[signature]* 12/13/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE